# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SELWYN KARP and ETHAN TREISTMAN,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HARRIS ASSOCIATES L.P.,<br><br>　　　　　　　Defendant. | **1:16-cv-08216**<br><br>**Judge Thomas M. Durkin**<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANT'S MOTION TO DISMISS

Now comes Defendant HARRIS ASSOCIATES L.P. ( "Defendant" or "Harris"), by and through its attorneys, ROPES & GRAY LLP, and respectfully moves the Court pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6) to dismiss with prejudice the Complaint of the plaintiffs, SELYWN KARP and ETHAN TREISTMAN ("Plaintiffs"), and in support states as follows:

　　　1.　　On August 19, 2016, Plaintiffs filed a one-count complaint (the "Complaint") in this Court against Defendant, alleging excessive investment advisory fees under Section 36(b) of the Investment Company Act of 1940, 15 U.S.C. § 80a-35(b).

　　　2.　　For the reasons stated in Harris's accompanying Memorandum of Law in Support of this Motion, which Defendant incorporates fully herein by reference, the Complaint fails to state a claim upon which relief can be granted and should be dismissed with prejudice pursuant to Rule 12(b)(6).

3. In further support of this Motion, Harris submits the accompanying Declaration of Amy D. Roy (the "Roy Declaration"), with attached exhibits and the Request for Judicial Notice of the documents attached to the Roy Declaration.

4. Pursuant to Local Rule 47.1, Harris requests oral argument on the grounds that it believes oral argument may assist the Court in deciding the issues presented by the instant Motion.

**WHEREFORE**, for the reasons set forth in Defendant's Memorandum of Law in Support of this Motion, Defendant respectfully requests the Court to enter an order granting this Motion and dismissing Plaintiffs' Complaint with prejudice under Rule 12(b)(6) for failing to state a claim upon which relief can be granted.

-3-

| | |
|---|---|
| Dated: October 24, 2016 | Respectfully Submitted,<br><br>/s/ Robert A. Skinner<br>ROPES & GRAY LLP<br><br>John D. Donovan, Jr. (admitted *pro hac vice*)<br>Robert A. Skinner (admitted *pro hac vice*)<br>Amy D. Roy (admitted *pro hac vice*)<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199<br>Telephone: (617) 951-7000<br>Facsimile: (617) 951-0394<br>john.donovan@ropesgray.com<br>robert.skinner@ropesgray.com<br>amy.roy@ropesgray.com<br><br>Nicholas M. Berg<br>191 North Wacker Drive<br>32nd Floor<br>Chicago, IL 60606<br>Telephone: (312) 845-1200<br>Facsimile: (312) 845-5500<br>Nicholas.Berg@ropesgray.com<br><br>*Attorneys for Defendant Harris Associates L.P.* |

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on the 24th day of October, 2016, true and correct copies of the foregoing were served on all counsel of record via CM/ECF notice of electronic filing.

Dated: October 24, 2016

/s/ Robert A. Skinner
Robert A. Skinner (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-0394
robert.skinner@ropesgray.com