UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SELWYN KARP and ETHAN TREISTMAN, | |
| Plaintiffs, | |
| v. | Case No. 1:16-cv-08216 |
| HARRIS ASSOCIATES L.P., | Honorable Thomas M. Durkin |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Selwyn Karp and Ethan Treistman, and Defendant Harris Associates L.P., by their respective undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action should be, and hereby is, dismissed with prejudice and without costs awarded by the Court to any party.

Dated: November 28, 2016

Respectfully submitted,

ROPES & GRAY LLP

By: /s/ Robert A. Skinner
    John D. Donovan, Jr. (admitted *pro hac vice*)
    Robert A. Skinner (admitted *pro hac vice*)
    Amy D. Roy (admitted *pro hac vice*)
    Prudential Tower
    800 Boylston Street
    Boston, Massachusetts 02199
    Telephone: (617) 951-7000
    Facsimile: (617) 951-0394
    john.donovan@ropesgray.com
    robert.skinner@ropesgray.com
    amy.roy@ropesgray.com

Nicholas M. Berg
191 North Wacker Drive
32nd Floor
Chicago, Illinois 60606
Telephone: (312) 845-1200
Facsimile: (312) 845-5500
Nicholas.Berg@ropesgray.com

*Attorneys for Defendant Harris Associates L.P.*

Dated: November 28, 2016

Respectfully submitted,

KIRBY McINERNEY LLP

By: /s/ Ira M. Press
Ira M. Press (admitted *pro hac vice*)
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
ipress@kmllp.com

BEHN & WYETZNER, CHARTERED
Michael Behn
828 Davis Street, Suite 303
Evanston, Illinois 60201
Telephone: (312) 629-0000
Facsimile: (224) 420-3172

*Attorneys for Plaintiffs Selwyn Karp and Ethan Treistman*